UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dale E. Holloway, Jr.

    v.                                            Case No. 1:22-cv-009-SE

NH Department of Corrections, Commissioner

ORDER

After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 5, 2024, and deny the motion for court order (doc. no. 34), without prejudice to Mr. Holloway's ability to seek similar relief in the future should circumstances warrant.

                                                                                     _____
                                                                                      Samantha D. Elliott
                                                                                      United States District Judge

Date: January 23, 2024

cc: Dale E. Holloway, Jr., pro se