```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Dale E. Holloway, Jr.

    v.                                                     Case No. 22-cv-9-SE

NH Department of Corrections, Commissioner

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 18, 2024.

**So Ordered.**

                                                _____
                                                Samantha D. Elliott
                                                United States District Judge

Date: March 13, 2025

cc:   Dale E. Holloway, prose