```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Dale E. Holloway, Jr.

    v.

                                          Case No. 22-cv-9-SE

NH Department of Corrections,
Commissioner, et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 17, 2025 (doc. no. 61). For the reasons explained therein, plaintiff's Motion for Entry of Default (doc. no. 51) and Motion for Default Judgment (doc. no. 57) are denied.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    **SO ORDERED.**

                                            _____
                                            Samantha D. Elliott
                                            United States District Judge

Date: November 5, 2025

cc:   Dale E. Holloway, Jr., pro se
       Counsel of Record