UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dale E. Holloway, Jr.

    v.                                       Case No. 22-cv-9-SE

NH Department of Corrections, Commissioner

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 22, 2026 (doc. no. 73). For the reasons explained therein, respondent's Motion to Dismiss (doc. no. 48) is denied.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                                                  Samantha D. Elliott
                                                United States District Judge

Date: March 11, 2026

cc:   Dale E. Holloway, pro se
       Counsel of Record